UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Gina Torresso

                              Plaintiff,

v.                                                 Case No.: 1:15–cv–07577
                                                Honorable Young B. Kim

PLS Financial Services, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2016:

      MINUTE entry before the Honorable Young B. Kim: Parties joint motion for approval of settlement [23] is granted. The court reviewed the materials submitted by the parties and find that the settlement of this matter to be fair and reasonable compromise of claims under the Fair Labor Standards Act and the Illinois Minimum Wage Law. The court hereby approves this settlement and dismisses this matter without prejudice, all parties to bear their own costs and fees except as may be otherwise provided in the parties settlement agreement. The dismissal shall automatically convert to a dismissal with prejudice on April 20, 2016, if a motion to reinstate is not pending as of April 19, 2016. The status hearing scheduled for April 4, 2016, is cancelled. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.